UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GUY ALAN BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:20-CV-22-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 23], ADOPTS the conclusions in the M&R [D.E. 22], DENIES plaintiff's motion for judgment on the pleadings [D.E. 17], GRANTS defendant's motion for judgment on the pleadings [D.E. 19], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on September 21, 2021, and Copies To:**
Daniel R. Lauffer    (via CM/ECF electronic notification)
Lisa M. Rayo    (via CM/ECF electronic notification)

DATE:    PETER A. MOORE, JR., CLERK
September 21, 2021    (By) /s/ Nicole Sellers
    Deputy Clerk